F. C. ALLEN, Appellant, v. M. M. GON-
ZALES, Appellee.

No. 9584.

Court of Civil Appeals of Texas.
San Antonio.
May 29, 1935.

Perkins & Floyd, of Alice, and R. B.
King, and Jno. C. North, both of Corpus
Christi, for appellant.

Lloyd & Lloyd, of Alice, for appellee.

PER CURIAM.

Affirmed. See Associated Indemnity
Corporation et al. v. Gatling (Tex. Civ.
App.) 75 S.W.(2d) 294.

---

Arie CARR et al., Appellants, v. ZAVALA
COUNTY BANK, Appellee.

No. 9563.

Court of Civil Appeals of Texas.
San Antonio.
May 8, 1935.

Jno. T. Spann, of Crystal City, for appel-
lants.

Jackson & Crawford, of Crystal City, for
appellee.

MURRAY, Justice.

This is an appeal presented by Arie Carr,
Chas. Carr, and Dora Tabor, from a judg-
ment of the district court of Zavala county
appointing W. T. Childress receiver of cer-
tain real and personal property. The re-
ceivership was applied for by the Zavala
County Bank.

We have not been favored with a brief,
either on behalf of appellants or appellee,
in this case. Finding no error apparent
from the record, the judgment of the court
below will be in all things affirmed.

---

B. E. DAVIS et al., Appellants, v. ATLAS
LIFE INSURANCE COMPANY et al.,
Appellees.

No. 8047.

Court of Civil Appeals of Texas. Austin.
April 3, 1935.

Rehearing Denied May 8, 1935.

Dibrell & Snodgrass, of Coleman, for ap-
pellants.

Jno. B. Daniel, of Temple, and Critz &
Woodward, of Coleman, for appellees.

McCLENDON, Chief Justice.

This case is ruled by the decision in
Walker v. Temple Trust Company (Tex.
Civ. App.) 60 S.W.(2d) 826, recently af-
firmed by the Supreme Court, 80 S.W.(2d)
935. Upon the authority of that decision,
the trial court's judgment is affirmed.

Affirmed.